IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND

CIVIL DIVISION            RS

| | |
|---|---|
| ANTONIO LOVELL FORD<br>620 Drum Avenue<br>Capitol Heights, Maryland 20743<br><br>      Plaintiff,<br><br>v.<br><br>FOLEY PLUMBING INC.<br>c/o Mr. William T. Bates Jr.,<br>98 Alexandria Pike, Ste. 21<br>Warrenton, Virginia 20186 | *JURY TRIAL DEMAND*<br><br>Case No. C-16-CV-24-003000 |

## COMPLAINT FOR DAMAGES

**COMES NOW**, Plaintiff, Antonio Lovell Ford, by and through counsel, Enrico A. McCleary II Esq., Enrico A. McCleary II Esq., LLC, and THE MCCLEARY LAW FIRM and do hereby sue the Defendant(s), Foley Plumbing Inc. for damages suffered as a result of a motor vehicle collision caused by the negligence of its employee agent within the scope of his employment and for good cause therefore, state the following:

1. That the Plaintiff, Antonio Lovell Ford, is an adult resident of Prince George's County and has been a resident of Maryland for at least one year prior to the filing of this Complaint.

2. That the Defendant, Foley Plumbing Inc., is a Virginia Corporation, whose principal place of business is in Warrenton, Virginia and does business in Prince George's County, Maryland.

3. This Court has jurisdiction over the parties pursuant to Sections 6-102 and 6-103 of the Courts and Judicial Proceedings Article of the Maryland Code.

**EXHIBIT 1**

4. Venue is proper pursuant to Section 6-202 of the Courts and Judicial Proceedings Article of the Maryland Code.

5. On or about July 21, 2021, Antonio Lovell Ford was the seat belted driver of his motor vehicle stopped in the northbound lane of Rohresville Road yielding to traffic and attempting to make a left turn onto Brownsville Road in Washington County, Maryland.

6. At the same time, an agent of Foley Plumbing Inc. was travelling in a vehicle owned by Foley Plumbing Inc. northbound on Rohresville Road behind Mr. Ford.

7. Then suddenly, the agent of Foley Plumbing Inc. negligently caused his vehicle to collide with the rear of Mr. Ford's Vehicle.

8. That the Defendant's agent owed Plaintiff, Antonio Ford, a duty to exercise reasonable care in the operation of the motor vehicle owned by Foley Plumbing Inc. and the Defendant breached such duty by, among other things, failing to give full time an attention, and failing to yield to traffic causing a collision with the rear of Mr. Ford's vehicle.

9. On the occasion in question, the Defendant(s) agent, was negligent in the following particulars, among others, to wit: (a) failure to give full time and attention; (b) failure to obey traffic signal; (c) failure to yield right of way; (d) reckless driving; (e) negligent operation of said car into collision with the automobile driven by Mr. Ford; and (f) speeding; in addition to other acts and violations.

10. On the occasion in question, this collision was proximately caused by the sole negligence of the agent of Foley Plumbing Inc., with no contributory negligence on the part Mr. Ford.

11. At all times relevant hereto, the agent that caused the collision was employed by, and was an agent, servant and/or employee acting within the scope of his employment with Defendant, Foley Plumbing Inc.

12. As the agent's employer, Defendant, Foley Plumbing Inc. is responsible for all the negligent acts committed by the agent, within the scope of his employment and in furtherance of the employer's business interest.

13. Defendant, Foley Plumbing Inc., supplied and arranged for the use of equipment (i.e., the Truck in question) to the agent.

### COUNT 1 – NEGLIGENCE AGAINST ANTONIO LOVELL FORD

14. That the allegations of paragraphs 1-13 are incorporated as if re-alleged herein.

15. As a result of the collision, Mr. Ford was violently pushed and displaced inside of his vehicle and incurred severe physical injuries, emotional distress, mental anguish, pain and suffering, medical expenses, property damage, loss wages, inconvenience, and other losses.

**WHEREFORE**, Plaintiff, Antonio Lovell Ford the following relief:

  a. An award to Plaintiff for compensatory damages in any and all amount to be determined at the trial of this matter but not less than seventy-five thousand dollars ($75,000.00).

  b. An award of Plaintiff's cost, including attorney's fees; and

  c. Such other and further relief as the Court deems fair and just.

Respectfully Submitted,

THE MCCLEARY LAW FIRM,

*/s/ Enrico A. McCleary II Esq.*
_____

Enrico A. McCleary II, Esq.
CPF#1201060009
324 Main Street, #1256
Laurel, Maryland 20707
(240) 334-6985 (Phone)
(240) 334-6986 (fax)
enrico@mcclearylawfirm.com
*Attorney for Plaintiff*